DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAIGE CHRISTINE ELKASLASY,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** not in its individual
capacity but solely as Trustee for **THE PRIMESTAR-H FUND I TRUST,**
Appellee.

No. 4D17-417

[December 20, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Thomas Barkdull III, Judge; L.T. Case No. 50-2016-CA-000920-XXXX-MB.

Kendrick Almaguer and Samuel Aaron Korab of The Ticktin Law
Group, PLLC, Deerfield Beach, for appellant.

Brandon S. Vesely of Albertelli Law, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d
1150 (Fla. 1979).

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***